IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-02033 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | **Count 1** |
| ANTONIO RAYSHAUN EVANS, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| Defendant. | ) | Controlled Substances |
| | ) | |
| | ) | |

The Grand Jury charges:

## Count 1

### Possession with Intent to Distribute Controlled Substances

On or about October 1, 2021, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

TIMOTHY T. DUAX
United States Attorney

By: _DEdward_

DILLAN EDWARDS
Assistant United States Attorney

A TRUE BILL

s/Foreperson                    05-17-2023
_____
Grand Jury Foreperson           Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed _5/17/2023_
PAUL DE YOUNG, CLERK

1