IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO RAYSHAUN EVANS,<br><br>Defendant. | No. 23-CR-02033-CJW<br><br>**SUPERSEDING INDICTMENT**<br><br>**Count 1**<br>21 U.S.C. § 846<br>Conspiracy to Distribute a<br>Controlled Substance<br><br>**Count 2**<br>21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute<br>Controlled Substances<br><br>**Count 3**<br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled<br>Substance<br><br>**Count 4**<br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled<br>Substance<br><br>**Count 5**<br>21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute<br>a Controlled Substance<br><br>**Count 6**<br>18 U.S.C. § 924(c)(1)<br>Possession Of Firearm During and<br>In Relation to a Drug Trafficking<br>Crime<br><br>**Count 7**<br>18 U.S.C. § 922(g)(1)<br>Possession of a Firearm by a Felon |

) **Forfeiture Allegation**

The Grand Jury charges:

## Count 1

Beginning in at least the fall of 2021, and continuing to on or about April 18, 2023, in the Northern District of Iowa and elsewhere, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C).

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses, and a serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 846 and 851.

1

**Count 2**

**Possession with Intent to Distribute Controlled Substances**

On or about October 1, 2021, in the Northern District of Iowa, defendant

ANTONIO RAYSHAUN EVANS did knowingly and intentionally possess with

intent to distribute a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance, and 50 grams or more of a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

Before defendant ANTONIO RAYSHAUN EVANS committed the offense

charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses, and a serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A), 841(b)(1)(C), and 851.

**Count 3**

**Distribution of a Controlled Substance**

On or about April 2, 2023, in the Northern District of Iowa, defendant

ANTONIO RAYSHAUN EVANS did knowingly and intentionally distribute 500

grams of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, and 50 grams or more of

2

actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance.

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses, and a serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 851.

## Count 4

### Distribution of a Controlled Substance

On or about April 11, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses.

3

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

## Count 5

### Possession with Intent to Distribute Controlled Substances

On or about April 18, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

## Count 6

### Possession of a Firearm During and in Relation to a Drug Trafficking Crime

On or about April 18, 2023, in the Northern District of Iowa, defendant, ANTONIO RAYSHAUN EVANS, did knowingly use and carry a firearm, that is a Canik TP9 SF, 9mm caliber pistol, during and in relation to a drug trafficking crime

4

for which he may be prosecuted in a court of the United States, that is possession with intent to distribute fentanyl and cocaine base as alleged in Count 5 of this Indictment.

This was in violation of Title 18, United States Code, Section 924(c)(1).

## Count 7

### Possession of a Firearm by a Felon

On or about April 18, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Canik TP9 SF, 9mm caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender;

2. On or about December 9, 2004, defendant was convicted in the Circuit Court of Cook County, Illinois, Case No. 04CR2051901, of manufacture or delivery of cocaine; and

3. On or about June 5, 2009, defendant was convicted in the Circuit Court of Cook County, Illinois, Case No. 09CR0746201, of possession of more than 15 grams but less than 100 grams of cocaine.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

5

## Drug Related Forfeiture Allegation

The allegations contained in Counts 1, 2, and 5 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of Counts 1, 2, and/or 5, in violation of Title 21, United States Code, Section 841, the defendant, ANTONIO RAYSHUN EVANS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to $5,948 in United States currency.

TIMOTHY T. DUAX
United States Attorney

By: _____

DILLAN EDWARDS
Assistant United States Attorney

A TRUE BILL

/ s/ Foreperson _____ 09-19-2023

Grand Jury Foreperson           Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 9/20/2023
PAUL DE YOUNG, CLERK

6