IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO REYSHAUN EVANS<br><br>Defendant. | No. 6:23-CR-02033<br><br><br>MOTION TO CONTINUE<br>**(UNRESISTED)** |

Defendant, by and through their attorney, moves this Court to continue trial in this case for a period of 90 days. In support Defendant states:

1. Trial in this matter is scheduled for October 23, 2023.

2. The undersigned was appointed on October 10, 2023 after the FPD had to withdraw on short notice.

3. The undersigned does not have time to review discovery or prepare for trial with the exercise of appropriate diligence.

4. The undersigned requires more time to review discovery and prepare for trial.

5. Failure to grant this motion would prejudice and seriously disadvantage the Defendant. Granting it would prejudice neither party.

6. Assistant United States Attorney Dillan Edwards has been fully informed of this situation and does not resist this Motion for Continuance.

1

7. The undersigned has discussed the effects on the Defendant's speedy trial rights with him, and that any delay caused by granting this motion will be excluded for purposes of calculating speedy trail.

8. The Defendant agrees and request this motion be granted.

9. Counsel has not previously filed for a continuance. Previous counsel filed for a continuance.

WHEREFORE, Defendant moves this Court to continue the trial for a period of 90 days.

| | |
|---|---|
| **The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**<br><br>_ U.S. Mail Fax _Hand Delivered _Overnight Courier **X** CM-ECF<br><br>__/s/ Sara Boren__ (Date) <u>10/11/2023</u> | Respectfully submitted,<br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>Nidey Erdahl Meier & Araguás PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>P: (319) 369-0000<br>F: (319) 369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |

cc: Assistant United States Attorney