IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO RAYSHAUN EVANS,<br><br>Defendant. | No. 23-CR-02033-CJW<br><br>**THIRD SUPERSEDING<br>INDICTMENT**<br><br>**Count 1**<br>21 U.S.C. § 846<br>Conspiracy to Distribute a<br>Controlled Substance<br><br>**Count 2**<br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled<br>Substance<br><br>**Count 3**<br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled<br>Substance<br><br>**Count 4**<br>21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute<br>a Controlled Substance<br><br>**Count 5**<br>18 U.S.C. § 924(c)(1)<br>Carrying a Firearm During and In<br>Relation to a Drug Trafficking Crime<br><br>**Count 6**<br>18 U.S.C. § 922(g)(1)<br>Possession of a Firearm by a Felon<br><br><br>**Forfeiture Allegations** |

)

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Beginning in at least July 2021, and continuing to on or about April 18, 2023, in the Northern District of Iowa and elsewhere, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses, and a serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 846 and 851.

1

**Count 2**

**Distribution of a Controlled Substance**

On or about April 2, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally distribute 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance.

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses, and a serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 851.

**Count 3**

**Distribution of a Controlled Substance**

On or about April 11, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

## Count 4

### Possession with Intent to Distribute Controlled Substances

On or about April 18, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

Before defendant ANTONIO RAYSHAUN EVANS committed the offense charged in this Count, he was convicted of the following:

> On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender, felony drug offenses.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

3

**Count 5**

**Carrying a Firearm During and in Relation to a Drug Trafficking Crime**

On or about April 18, 2023, in the Northern District of Iowa, defendant, ANTONIO RAYSHAUN EVANS, did knowingly carry a firearm, that is a Canik TP9 SF, 9mm caliber pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute fentanyl and cocaine base as alleged in Count 4 of this Indictment.

This was in violation of Title 18, United States Code, Section 924(c)(1).

**Count 6**

**Possession of a Firearm by a Felon**

On or about April 18, 2023, in the Northern District of Iowa, defendant ANTONIO RAYSHAUN EVANS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Canik TP9 SF, 9mm caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. On or about April 3, 2015, defendant was convicted in the Iowa District Court for Black Hawk County, Case No. FECR199855, of Possession of a Controlled Substance with Intent to Deliver and Being a Second Offender and Habitual Offender and Drug Tax Stamp Violation and Being a Habitual Offender;

2. On or about December 9, 2004, defendant was convicted in the Circuit Court of Cook County, Illinois, Case No. 04CR2051901, of manufacture or delivery of cocaine; and

4

3. On or about June 5, 2009, defendant was convicted in the Circuit Court of Cook County, Illinois, Case No. 09CR0746201, of possession of more than 15 grams but less than 100 grams of cocaine.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Drug Related Forfeiture Allegation

The allegations contained in Counts 1, 2, and 3 of this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of Counts 1, 2, and/or 3, in violation of Title 21, United States Code, Section 841, the defendant, ANTONIO RAYSHUN EVANS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to $5,948 in United States currency.

## Firearm Forfeiture Allegation

By virtue of having committed the acts specified in Counts 5 and 6 of this Third Superseding Indictment, defendant ANTONIO RAYSHAUN EVANS shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1), including but not limited to the firearm listed above.

5

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

TIMOTHY T. DUAX
United States Attorney

A TRUE BILL

By: _signature_

_____

DILLAN EDWARDS
Assistant United States Attorney

Grand Jury Foreperson          Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed _1/10/2024_
PAUL DE YOUNG, CLERK

6