## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANTONIO RAYSHAUN EVANS, Defendant. | **WITNESS & EXHIBIT LIST** <br> Case No. 23-CR-2033 <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Jennifer Schrauth <br> Court Reporter: Patrice Murray <br> Plaintiff's Attorney: AUSAs Kyndra Lundquist and Dillan Edwards <br> Defendant's Attorney: Charles Paul |
| Trial Dates: 1/22/2024-1/25/2024 | |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Kelly Meggers | 1/22/2024 | 2:57 PM | 1/22/2024 | 4:07 PM |
| 2 | Nicholas Berry | 1/22/2024 | 4:08 PM | 1/23/2024 | 9:04 AM |
| 3 | Abigail Joens | 1/23/2024 | 9:05 AM | 1/23/2024 | 9:22 AM |
| 4 | Eryn Hageman | 1/23/2024 | 9:22 AM | 1/23/2024 | 9:48 AM |
| 5 | Matt Isley | 1/23/2024 | 9:48 AM | 1/23/2024 | 1:34 PM |
| 6 | Amanda Kilgore | 1/23/2024 | 1:36 PM | 1/23/2024 | 1:49 PM |
| 7 | Adam Galbraith | 1/23/2024 | 1:50 PM | 1/23/2024 | 11:56 PM |
| 8 | Jared Jolley | 1/23/2024 | 1:57 PM | 1/23/2024 | 2:03 PM |
| 9 | James Anderson | 1/23/2024 | 2:04 PM | 1/24/2024 | 9:14 AM |
| 10 | Matt Isley (recalled) | 1/23/2024 | 9:48 AM | 1/24/2024 | 9:17 AM |
| 11 | Barbara Swaggerty | 1/24/2024 | 9::17 AM | 1/24/2024 | 9:29 AM |
| 12 | Joshua Paul | 1/24/2024 | 9:29 AM | 1/24/2024 | 9:50 AM |
| 13 | Anthony Bruno | 1/24/2024 | 9:51 AM | 1/24/2024 | 12:17 PM |
| 14 | Jeremy Pohl | 1/24/2024 | 12:43 PM | 1/24/2024 | 12:49 PM |
| 15 | Mark Cyrus | 1/24/2024 | 12:49 PM | 1/24/2024 | 12:52 PM |
| 16 | Nathan Watson | 1/24/2024 | 12:52 PM | 1/24/2024 | 12:58 PM |
| 17 | Kara Gregor | 1/24/2024 | 12:59 PM | 1/24/2024 | 1:25 PM |
| 18 | Robert Wymore | 1/24/2024 | 1:25 PM | 1/24/2024 | 1:37 PM |
| 19 | Robert Friend | 1/24/2024 | 1:38 PM | 1/24/2024 | 1:45 PM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Kevin Tiefel | 1/25/2024 | 8:29 AM | 1/25/2024 | 8:39 AM |
| 2 | Kaleb Bruggeman | 1/25/2024 | 8:40 AM | 1/25/2024 | 8:50 AM |

*Exhibit Receipted to Task Force Officer
**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| --- | --- | --- | --- |

| Marked | **JOINT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| --- | --- | --- | --- |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1A | Message Sent from James Anderson to Detective Berry on December 22, 2021 – Tone | 1/22/2024 | A |
| 1B | Message Sent from James Anderson to Detective Berry on December 22, 2021 – Sosa | 1/22/2024 | A |

| | | | |
|---|---|---|---|
| 1C | Message Sent from James Anderson to Detective Berry on December 22, 2021 – Sos | 1/22/2024 | A |
| 1D | Message Sent from James Anderson to Detective Berry on December 23, 2021 – Tone Evans | 1/22/2024 | A |
| 2A | Video of Controlled Purchase from James Anderson on February 11, 2022 | 1/22/2024 | A |
| 2B | Methamphetamine Purchased from James Anderson on February 11, 2022 | 1/22/2024 | A |
| 2C | Drug Chemistry Report re Methamphetamine Purchased from James Anderson on February 11, 2022 | 1/23/2024 | A |
| 3A | Photograph of Defendant's Contact in James Anderson's Phone on February 15, 2022 | 1/22/2023 | A |
| 3B | James Anderson and Defendant Phone Contacts in January/February 2022 | 1/24/2024 | A |
| 4A | Jeremy Woods and Defendant Text Messages | 1/24/2024 | A |
| 4B | Jeremy Woods and Defendant Call Log | 1/24/2024 | A |
| 4C | Photograph of Defendant on Jeremy Woods' Phone | 1/24/2024 | A |
| 5A | Photographs of Search Warrant at Anthony Bruno's Residence | 1/22/2024 | A |
| 5B | Methamphetamine Seized from Black Duffel Bag in Living Room Closet at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5C | Money Seized from Living Room Table By Chair at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5D | Methamphetamine Seized from Green Bay Packers Drawstring Bag in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5E | Money Seized from Black Hard Container in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5F | Methamphetamine/Cocaine Seized from Backwoods Packages in Top Drawer of Wooden Cabinet Next to Bed in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5G | Methamphetamine Seized from Top Drawer of Wooden Cabinet Next to Bed in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5H | Methamphetamine Seized from Bottom Drawer of Wooden Cabinet Next to Bed in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5I | Methamphetamine Seized from Container on Top of Wooden Cabinet Next to Bed in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5J | Methamphetamine Seized from Bed in North Bedroom at Anthony Bruno's Residence on March 30, 2023 | 1/22/2024 | A |
| 5K | Drug Chemistry Report re Drugs Seized from Anthony Bruno's Residence on March 30, 2023 | 1/23/2024 | A |
| 5L | Anthony Bruno and Defendant's Phone Contacts | 1/24/2024 | A |
| 6A | Pole Camera Footage from April 2, 2023 – Methamphetamine Transaction | 1/23/2024 | A |
| 6B | Pole Camera Footage from April 2, 2023 – Anthony Bruno Leaves from Residence | 1/23/2024 | A |
| 6C | Methamphetamine from April 2, 2023 Incident | 1/22/2024 | A |
| 6D | Plastic Bag that Anthony Bruno Put the Methamphetamine Into on April 2, 2023 | 1/22/2024 | A |
| 6E | Pole Camera Footage from April 2, 2023 – Anthony Bruno Returns to Residence | 1/23/2024 | A |
| 6F | Pole Camera Footage from April 2, 2023 – Defendant Returns to Anthony Bruno's Residence | 1/23/2024 | A |
| 6G | Pole Camera Footage from April 2, 2023 – Defendant Leaves from Anthony Bruno's Residence | 1/23/2024 | A |
| 7 | Recorded Call with Defendant on April 4, 2023 | 1/23/2024 | A |
| 8 | Recorded Call with Defendant on April 5, 2023 | 1/23/2024 | A |
| 9A | Pole Camera Footage from April 6, 2023 Controlled Payment | 1/23/2024 | A |
| 9B | Recording from April 6, 2023 Controlled Payment | 1/23/2024 | A |
| 9C | Photographs from April 6, 2023 Post-Payment Surveillance | 1/22/2024 | A |
| 9D | Order Setting April 7, 2023 Final Pretrial Conference in FECR242499 | 1/23/2024 | A |

| Marked | Description | Date Offered | **Admitted? |
|---|---|---|---|
| 9E | Order Continuing Trial Date in FECR242499 | 1/23/2024 | A |
| 10A | Pole Camera Footage from April 11, 2023 Cocaine Transaction | 1/23/2024 | A |
| 10B | Recording from April 11, 2023 Cocaine Transaction | 1/23/2024 | A |
| 10C | Cocaine from April 11, 2023 Transaction | 1/23/2024 | A |
| 10D | Pole Camera Footage from April 11, 2023 Van Pickup | 1/23/2024 | A |
| 11A | Pole Camera Footage from April 14, 2023 Controlled Payment | 1/23/2024 | A |
| 11B | Recording from April 14, 2023 Controlled Payment | 1/23/024 | A |
| 12A | Surveillance of Defendant in Iowa City on April 17, 2023 | 1/22/2024 | A |
| 12B | Deputy Isley's Body Camera – Initial Encounter with Defendant | 1/23/2024 | A |
| 12C | Deputy Isley's Body Camera – Interview of Defendant During Traffic Stop | 1/23/2024 | A |
| 12D | Photographs of Buick Enclave During Traffic Stop | 1/23/2024 | A |
| 12E | Notebook Recovered from Inside Buick Enclave | 1/23/2024 | A |
| 12F | Photographs of Notebook Pages Recovered from Inside Buick Enclave | 1/23/2024 | A |
| 12G | Digital Scale Recovered from Inside Buick Enclave | 1/23/2024 | A |
| 12H | Money Recovered from Inside Buick Enclave | 1/23/2024 | A |
| 12I | Photographs of Defendant's Buick Enclave | 1/23/2024 | A |
| 12J | Screwdrivers Recovered from Inside Buick Enclave | 1/23/024 | A |
| 12K | Canik TP9 SF, 9mm Caliber Pistol Recovered from Buick Enclave's Hidden Compartment | 1/23/2024 | A |
| 12L | Cocaine Base Recovered from Buick Enclave's Hidden Compartment | 1/23/2024 | A |
| 12M | Fentanyl Recovered from Buick Enclave's Hidden Compartment | 1/23/2024 | A |
| 12N | Marijuana Recovered from Buick Enclave's Hidden Compartment | 1/23/2024 | A |
| 12O | Marijuana Blunt Recovered from Buick Enclave's Hidden Compartment | 1/23/2024 | A |
| 12P | Deputy Isley's Body Camera – Interview of Defendant After Finding Drugs | 1/23/2024 | A |
| 12Q | Black Bag Recovered from Buick Enclave | 1/23/2024 | A |
| 13 | Drug Chemistry Report from April 2, April 11, and April 18, 2023 Incidents | 1/23/2024 | A |
| 14A | Buccal Swabs from Defendant | 1/23/2024 | A |
| 14B | Swabs from Grip and Trigger Area of Canik TP9 SF, 9mm Caliber Pistol | 1/24/2024 | A |
| 14C | Swabs from Magazine of Canik TP9 SF, 9mm Caliber Pistol | 1/24/2024 | A |
| 14D | Swabs from Slide Area of Canik TP9 SF, 9mm Caliber Pistol | 1/24/2024 | A |
| 14E | FBI DNA Laboratory Report re Canik TP9 SF, 9mm Caliber Pistol | 1/24/2024 | A |
| 14F | ATF Interstate Nexus Report re Canik TP9 SF, 9mm Caliber Pistol | 1/24/2024 | A |
| 15A | Defendant's Message to Jadell Boyd | 1/23/2024 | A |
| 15B | Deputy Isley – Interview of Defendant During Transport | 1/23/2024 | A |
| 16A | Photograph of Defendant | 1/22/2024 | A |
| 16B | Photograph of James Anderson | 1/22/2024 | A |
| 16C | Photograph of Anthony Bruno | 1/22/2024 | A |
| 16D | Photograph of Samella Bailey | 1/22/2024 | A |
| 17 | Judgment from Defendant's Conviction in FECR199855 | 1/22/2024 | A |
| 18 | Stipulation re Prior Felony Conviction | --- | --- |
| 19 | Defendant's Phone Numbers | 1/24/2024 | A |
| 20 | Continuation of Exhibit 12I Photographs of Defendant's Buick Enclave | 1/23/2024 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | Photo of 9mm bullets. | 1/22/2024 | A |
| B | Photo of 9mm bullets | 1/22/2024 | A |
| C | Photo of large amount of cash. | 1/22/2024 | A |
| D | Photo of Mushrooms. | 1/22/2024 | A |
| E | Photo of small packets. | 1/22/2024 | A |
| F | Photo of Ledger | 1/22/2024 | A |
| G | Photo of Ledger | 1/22/2024 | A |

| | | | |
|---|---|---|---|
| H | Photo of Ledger | 1/22/2024 | A |
| I | Photo of N-METHYLBENZAMINE | 1/22/2024 | A |
| J | Photo of N-METHYLBENZAMINE | 1/22/2024 | A |
| K | Photo of Packaged Substances | 1/22/2024 | A |
| L | Photo of Ledger | 1/22/2024 | A |
| M | Bruno jail call 1. | --- | --- |
| N | Bruno jail call 2. | --- | --- |
| O | Bruno jail call 3. | --- | --- |
| P | Bruno jail call 4. | --- | --- |
| Q | Bruno jail call 5. | 1/24/2024 | RSO |
| R | Photo of inside of vehicle | 1/22/2024 | RSO |
| S | Non Prosecution Agreement with Anthony Bruno | 1/22/2024 | RSO |