IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO REYSHAUN EVANS,<br><br>    Defendant. | Case No. 6:23-CR-02033<br><br><br>**MOITON FOR JUDGMENT OF ACQUITTAL AND A NEW TRIAL** |

Pursuant to Fed. R. Crim. P. 29(c), the defendant moves for Judgment of Acquittal and a New Trial. In support of his motion, Defendant states:

1. On January 25, 2024, the Jury returned verdicts of guilty on Count 1 Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §846; Count 2 Distribution of a Controlled Substance in violation of 21 U.S.C. 841(a)(1); Count 3 Distribution of a Controlled Substance in violation of 21 U.S.C. 841(a)(1); Count 4 Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. 841(a)(1); Count 5 Carrying a Firearm During and In Relation to a Drug Trafficking Crime in violation of 18 U.S.C. §924(c)(1); Count 6 18 U.S.C. Possession of a Firearm by a Felon.

2. The defendant was denied a fair trial because testimonial evidence was admitted regarding allegations of an attempt on the life of a witness without his right to confront that witness against him. See *United States v. Causevic*, 636 F.3d 998, 1002 (8th Cir. 2011).

3. The defendant was denied a fair trial because impermissible evidence under Fed. R. Evid. 404(b) regarding allegations of attempt on the life of a witness. United States v. Gustafson, 728 F.2d 1078, 1082-83 (8th Cir. 1984)

4. The defendant was denied a fair trial because impermissible evidence under Fed. R. Evid. 802 and 701 regarding allegations of attempt on the life of a witness.

5. The Defendant was denied a fair trial because impermissible evidence under Fed. R. Evid. 404(b) regarding a prior conviction was admitted at trial.

6. The Court should order such remedy as appropriate because the Verdicts went against the weight of the evidence

WHEREFORE, The Defendant moves the Court for such remedy as it deems appropriate pursuant to Federal Rule of Criminal Procedure 29(c).

| | |
|---|---|
| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:<br><br>_ U.S. Mail<br>_ Fax<br>_ Hand Delivered<br>_ Overnight Courier<br>X CM-ECF<br><br>/s/*Charlie Paul* (Date) 2/8/2024 | Respectfully submitted,<br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>NIDEY ERDAHL MEIER & ARAGUÁS, PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>Tele: 319-369-0000<br>Fax: 319-369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |